

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00239-CV

| | | |
|---|---|---|
| JEFFREY POLK KILLIAN, Appellant | § | On Appeal from the 16th District Court |
| | § | of Denton County (16-04048-16) |
| V. | | |
| | § | September 27, 2018 |
| ANGELA NICOLE KILLIAN, Appellee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth